Thank you and good morning everyone. I see that we have, as a first order of business, an admission. That's right. I have a motion. You have a motion. To make to my colleagues. To admit certain law clerks to the Bar of the Third Circuit. Judge Sloviter. Okay, can we call them up? Joanne Coons, Rachel Mills, and Gregory Sellers. You know, as of, well, let me, I have a motion. And they ask, Judge Greenway is going to be very cautious about allowing this motion. As a federal judge, you don't get any great pleasures. You don't believe it. But you don't get any great pleasures. But one of them is marrying people, and the other is letting your law clerks, helping your law clerks enter this august. Judge Oldisard used to say, the mighty third, what? The mighty third, yes. The mighty third. So, you're about to enter the mighty third. And unfortunately, Judge Oldisard's not here to, not around to give you the history of the mighty third. There's a book on it, though. Okay. I move the admission of Joanne Coons, Rachel Mills, and Gregory Sellers, who have been my law clerks for the 1914-15 year, and who have just done fantastically, I can say. On your motion? I second the motion. Oh, thank you very much. Oh, yeah, I have to give a second. I was prepared to second, so that he could grant, but he jumped in front of me. I don't think I'm empowered to grant, but I'll be happy to preside. I think that's something we do as a group. They each came here with a wonderful scholastic record, and they performed as well as I expected them to do. The cases have been less numerous than we thought, but difficult. And we're still waiting for one to get the sign by the Quorum Bank. We're waiting for the motion to come in. But I think you did vote in vain, and he didn't. I did. You did? Oh, he did. Okay. So we'll give you our vote. Law clerks do a job that's not recognized outside. The Washington Post talks about it, and they talk about it in terms of the Supreme Court clerks, but they don't talk about it in terms of the appellate courts. But I see them sitting there. Yours, I guess, because they're not mine. Well, some are. Those are all mine. Oh, they're all yours? How do you get so many? Article 3 means something slightly different in New Jersey. So we're finding out. He needs all the help he can get. Absolutely. Absolutely. But I took senior this year, and they've just really been wonderful. And I haven't told them because I don't want them to get too big a head. But they come from good schools, and they've worked hard. And I would ask you to please grant my motion. Yes. Thank you. Motion granted. I'll sign the order. Thank you. Great. Congratulations.